IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GOLDEN RULE FASTENERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-289-WKW |
| ) | |
| DEKS NORTH AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Based upon Plaintiff's Notice of Dismissal (Doc. # 12), which comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's action against Defendant has been dismissed by operation of Rule 41(a)(1), on the terms agreed to by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 23rd day of September, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE